**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 16-cv-00323-GPG

ARI M. LIGGETT,

     Applicant,

v.

PEOPLE OF THE STATE OF COLORADO,

     Respondent.

---

**MINUTE ORDER**

---

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

     Applicant's "Motion to Proceed Indigently According to 28 USC 1915 and Federal Rules of Practice 24 for a 28 USC 2254 Motion" (ECF No. 5) is DENIED as moot to the extent Applicant is seeking leave to proceed *in forma pauperis*.   Applicant's additional request for an order seeking discovery is DENIED.   Applicant's "Motion for Modified Order Pertaining to Proposed 28 USC 2254 Which Stated Deficiencies" (ECF No. 6) is DENIED.   If Applicant wishes to pursue any habeas corpus claims in this action he must cure the remaining deficiency by filing on the proper form an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254.   Applicant is directed to cure this remaining deficiency within **thirty (30) days from the date of this minute order**. Applicant is reminded that the action will be dismissed without further notice if he fails to cure the remaining deficiency within the time allowed.

Dated:   February 29, 2016

---