**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 16-cv-00323-GPG

ARI M. LIGGETT,

    Applicant,

v.

PEOPLE OF THE STATE OF COLORADO,

    Respondent.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

    Applicant's "Corrected 28 USC 455 Motion" (ECF No. 10) filed April 18, 2016, in which he apparently seeks reconsideration of the court's Order Denying Motion to Disqualify (ECF No. 9), is DENIED because Applicant presents no argument that demonstrates disqualification is necessary or appropriate.

Dated:   April 19, 2016